CJB/DBD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIM. NO. 18- 00003-KD |
| v. | * | USAO NO. 17R00610 |
| | * | |
| **TOM WAYNE** | * | VIOLATION: 18 USC § 371 |
| | * | |

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

1. From a date beginning at least in 2009 and continuing through in or about August 2016 in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TOM WAYNE,**

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with David Jimenez and others to commit an offense against the United States, to-wit:

> to knowingly make under oath, and as permitted under penalty of perjury . . ., to knowingly subscribe as true, any false statement with respect to a material fact in any application, affidavit, or other respect to a material fact in any application, affidavit, or other document required by immigration law and regulations prescribed thereunder, and to knowingly present any such application, affidavit, or other document which contains any such false statement and which fails to contain any reasonable basis in law or fact, in violation of Title 18, United States Code, Section 1546(a).

### OBJECT OF THE CONSPIRACY

2. The objective of this conspiracy was to enrich the co-conspirators financially through a scheme that enabled, and attempted to enable, Chinese nationals to obtain EB-1C visas through the submission of false, fraudulent, and materially misleading documents to the United States Citizenship and Immigration Services.

1

4823-4801-2875.2

### MANNER AND MEANS

3. **TOM WAYNE**, David Jimenez, and the other co-conspirators accomplished the objectives of this conspiracy by knowingly causing attorneys to file under oath certain false, fraudulent, and materially misleading documents that made it appear as if a *bona fide* qualified business relationship existed between a United States business and a Chinese business. The establishment of a qualified business relationship was necessary for the approval of an EB-1C visa on behalf of the Chinese national beneficiary.

### OVERT ACTS

4. The following overt acts were committed, among others:

    (1) In or about the fall of 2011, **TOM WAYNE** and Jimenez traveled to the Southern District of Alabama where they recruited Christopher Dean for the purpose of using his business as an EB-1C petitioner in the above-described fraud scheme.

5. All in violation of Title 18, United States Code, Section 371.

RICHARD W. MOORE
UNITED STATES ATTORNEY

JANUARY 2018

2

4823-4801-2875.2